# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  PUERTO RICO
### HATO REY (SAN JUAN)  DIVISION

In re:                                    §
                                          §
ACADEMIA SAGRADO CORAZON,                 §          Case No. 15-06955
INC.                                      §
                                          §
            Debtor                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NOREEN WISCOVITCH-RENTAS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 243,445.00              Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  491,093.30    Claims Discharged
                                                 Without Payment:  NA

Total Expenses of Administration:  61,847.82

3) Total gross receipts of $ 604,632.68  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 51,691.56  (see **Exhibit 2**), yielded net receipts of $ 552,941.12  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 39,799.39 | $ 39,799.39 | $ 39,799.39 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 43,458.63 | 43,458.63 | 43,458.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 18,389.19 | 18,389.19 | 18,389.19 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 105,767.13 | 105,767.13 | 105,767.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 220,979.00 | 389,054.18 | 389,054.18 | 345,526.78 |
| **TOTAL DISBURSEMENTS** | $ 220,979.00 | $ 596,468.52 | $ 596,468.52 | $ 552,941.12 |

4)  This case was originally filed under chapter 11 on  09/09/2015 , and it was converted to chapter 7 on  10/05/2016 .  The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/16/2018                          By:/s/NOREEN WISCOVITCH-RENTAS
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Post-Petition Interest Deposits | 1270-000 | 1,254.63 |
| FINANCIAL ACCOUNT | 1290-000 | 603,378.05 |
| **TOTAL GROSS RECEIPTS** | | **$ 604,632.68** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Universidad Interamericana de Puerto Rico, Inc. | Non-Estate Funds Paid to Third Parties | 8500-002 | 51,691.56 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 51,691.56** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-3(A) | INTERNAL REVENUE SERVICE | 4300-000 | NA | 39,799.39 | 39,799.39 | 39,799.39 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 39,799.39** | **$ 39,799.39** | **$ 39,799.39** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NOREEN WISCOVITCH-RENTAS | 2100-000 | NA | 30,897.06 | 30,897.06 | 30,897.06 |
| NOREEN WISCOVITCH-RENTAS | 2200-000 | NA | 72.19 | 72.19 | 72.19 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| Vilarino & Assoc.,LLC | 3210-000 | NA | 7,762.50 | 7,762.50 | 7,762.50 |
| Vilarino & Assoc.,LLC | 3220-000 | NA | 129.33 | 129.33 | 129.33 |
| TAMAREZ CPA, LLC | 3410-000 | NA | 3,140.00 | 3,140.00 | 3,140.00 |
| TAMAREZ CPA, LLC | 3420-000 | NA | 157.55 | 157.55 | 157.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 43,458.63 | $ 43,458.63 | $ 43,458.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 6810-000 | NA | 18,389.19 | 18,389.19 | 18,389.19 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 18,389.19 | $ 18,389.19 | $ 18,389.19 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9(A) | DEPARTMENT OF TREASURY | 5800-000 | NA | 32,309.54 | 32,309.54 | 32,309.54 |
| 2-3(B) | INTERNAL REVENUE SERVICE | 5800-000 | NA | 70,615.30 | 70,615.30 | 70,615.30 |
| 8(A) | STATE INSURANCE FUND CORP. | 5800-000 | NA | 2,842.29 | 2,842.29 | 2,842.29 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 105,767.13 | $ 105,767.13 | $ 105,767.13 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BIG DEAL EXTERMINATOR | | 1,450.00 | NA | NA | 0.00 |
| | DEPORTES SALVADOR COLON, INC. | | 700.00 | NA | NA | 0.00 |
| | DREYFOUS & ASSOCIATES, INC. | | 14,000.00 | NA | NA | 0.00 |
| | EDU COMPUTER CORPORATION | | 39,000.00 | NA | NA | 0.00 |
| | ELECTRIC SERVICE CORP | | 1,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JEZSOR PRINTS CORP | | 1,079.00 | NA | NA | 0.00 |
| | OTIS ELEVATOR, CORP. | | 2,000.00 | NA | NA | 0.00 |
| | ROYAL FINANCE, CORP. | | 1,200.00 | NA | NA | 0.00 |
| | SES ELEVATOR SERVICES, CORP. | | 2,250.00 | NA | NA | 0.00 |
| 6 | AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS | 7100-000 | 40,000.00 | 45,161.98 | 45,161.98 | 45,161.98 |
| 5 | AUTORIDAD ENERGIA ELECTRICA | 7100-000 | 118,000.00 | 118,772.32 | 118,772.32 | 118,772.32 |
| 7 | BANCO POPULAR DE PUERTO RICO | 7100-000 | NA | 64,161.97 | 64,161.97 | 64,161.97 |
| 9(B) | DEPARTMENT OF TREASURY | 7100-000 | NA | 7,717.32 | 7,717.32 | 7,717.32 |
| 3-2 | OFFICE OF THE UNITED STATES TRUSTEE | 7100-000 | NA | 325.00 | 325.00 | 325.00 |
| 4-2 | OFFICE OF THE UNITED STATES TRUSTEE | 7100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| 1 | Pioneer Funding Group, LLC | 7100-000 | NA | 23,200.00 | 23,200.00 | 23,200.00 |
| 13 | Pioneer Funding Group, LLC | 7100-000 | NA | 45,598.47 | 45,598.47 | 45,598.47 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8(B) | STATE INSURANCE FUND CORP. | 7100-000 | NA | 10,611.77 | 10,611.77 | 10,611.77 |
| 9(C) | DEPARTMENT OF TREASURY | 7300-000 | NA | 48,719.02 | 48,719.02 | 18,534.67 |
| 2-3(C) | INTERNAL REVENUE SERVICE | 7300-000 | NA | 21,536.33 | 21,536.33 | 8,193.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 220,979.00** | **$ 389,054.18** | **$ 389,054.18** | **$ 345,526.78** |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-06955 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|

Case Name:  ACADEMIA SAGRADO CORAZON, INC.

Date Filed (f) or Converted (c):  10/05/2016 (c)

341(a) Meeting Date:  11/10/2016

For Period Ending:  02/16/2018

Claims Bar Date:  02/08/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Commercial Property<br><br>CONCRETE BUILDING WITH THREE (3) FLOORS ON CORRESPONDING LOT DEDICATED TO ACADEMIC ACTIVITIES LOCATED AT 1308 AVENIDA PONCE DE LEON,<br>PARADA 19.5 SANTURCE, SAN JUAN, PUERTO RICO,00908.<br>AVERAGE AGE OF THIS REAL IS 80 YEARS.<br>2ND BUILDING MIXED CONCRETE-WOOD WITH A ZINC PANELED CEILING ON CORRESPONDING LOT LOCATED AT<br>1308 AVENIDA PONCE DE LEON AVENUE, PARADA 19.5 SANTURCE, SAN JUAN, PUERTO RICO, 00908. DUE TO COST-EFFECTIVENESS THIS BUILDING IS NO LONGER OPERATED AND IS CLOSED. AVERAGE AGE OF THIS REAL IS<br>70 YEARS.<br><br>Debtor amended schedule A to updated value ofcommercial property .(original value $1.200,000.00) docket 46 filed 3/8/16 during chapter 11<br><br>The building and equipment was sold during chapter 11.  - Noreen Wiscovitch 02/18/2017 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2.  FINANCIAL ACCOUNT<br><br>BANCO SANTANDER ACCOUNT 3004760521.<br><br>This account was closed during Chapter 11 | 22,000.00 | 0.00 | | 0.00 | FA |

| Case No: | 15-06955 MCF | Judge: | Mildred Caban Flores | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|
| Case Name: | ACADEMIA SAGRADO CORAZON, INC. | | | Date Filed (f) or Converted (c): | 10/05/2016 (c) |
| | | | | 341(a) Meeting Date: | 11/10/2016 |
| For Period Ending: | 02/16/2018 | | | Claims Bar Date: | 02/08/2017 |

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 3.  OFFICE EQUIPMENT<br><br>STUDENT DESKS (301X$15=$4,515.00); 21,445.00<br>DESKS (41X$50=$2,050);<br>BLACKBOARDS (43X$50=$2,150)<br>FANS (23X$20=$460);<br>CRUCIFIXES (10X$20=$200);<br>RELIGIOUS ICONOGRAPHY/IMAGES (16X$20=$320);<br>ATRIL (18X$15=$270);<br>BOOK CASES (38X$30=$1,140);<br>CHAIRS (56X$20=$1,120);<br>REFRIGERATOR (2X$50=$100);<br>ARCHIVOS (27X$50=$1,350);<br>COMPUTERS (11X$300=$3,300);<br>TV SETS (4X$100=$400);<br>DVD (1X$50=$50);<br>VCR (1X$20=$20);<br>PRINTERS (2X$100=$200);<br>COMPUTER TABLES (3X$50=$150);<br>FAX MACHINES (1X$50=$50);<br>TYPEWRITER (1X$25=$25);<br>PHOTOCOPIERS (1X$500=$500);<br>GURNY (1X$50=$50);<br>FRAMED ART (6X$15=$90);<br>TELEPHONES (5X$10=$50);<br>BULLETIN BOARDS (2X$15=$30);<br>CREDENZAS (2X$100=$200);<br>FLAGS (5X$30=$150);<br>PAPER SHREDDERS (1X$30=$30);<br>STOVES (4X$50=$200);<br>WASHING MACHINE (1X$200=$200);<br>DRYER MACHINE (1X$200=$200);<br>MICROWAVE OVEN (6X$50=$300);<br>BOOK CART (1X$15=$15);<br>DUMBBELLS (36X$10=$360);<br>DUMBBELL STAND (2X$50=$100);<br>EXERCISE WEIGHTS (90X$10=$900);<br>SOUND SYSTEM (1X$200=$200);<br><br>The building and equipment was sold during chapter 11.  - Noreen Wiscovitch 02/18/2017 | 21,445.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-06955 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|
| Case Name: | ACADEMIA SAGRADO CORAZON, INC. | | | | Date Filed (f) or Converted (c): | 10/05/2016 (c) |
| | | | | | 341(a) Meeting Date: | 11/10/2016 |
| For Period Ending: | 02/16/2018 | | | | Claims Bar Date: | 02/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 4.  FINANCIAL ACCOUNT (u)<br><br>    DIP account No 3004760807 | 603,378.05 | 588,498.43 | | 603,378.05 | FA |
| 5.  Tax Refund (u)<br><br>    941 tax refund for March 2015.<br><br>    The IRS has informed accountant that this was an error.<br>    Debtor has large debt with IRS.  No tax refund will be issued.<br>    - Noreen Wiscovitch 08/13/2017 | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,254.63 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $846,823.05 | $588,498.43 | | $604,632.68 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Checks cut.  - Noreen Wiscovitch 12/01/2017
NFR and TFR submitted to UST.  - Noreen Wiscovitch 08/28/2017
Settlement stipulation approved.  Trustee issued Payment.  Trustee to review claims in order to TFR.  - Noreen Wiscovitch 07/28/2017
Trustee is negotiating a settlement with buyer of the realty during Chapter 11.  - Noreen Wiscovitch 3/31/2017
Trustee has hired accountant and attorney to determine. Tax liability for the sale and the effect of donation of the value of the building.  Trustee has received demand for return of
money by the buyer.  - Noreen Wiscovitch 02/18/2017
Trustee Investigating Debtor's Financial Affairs.  - Noreen Wiscovitch 10/11/2016

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-06955
Case Name: ACADEMIA SAGRADO CORAZON, INC.

Trustee Name: NOREEN WISCOVITCH-RENTAS
Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX9527
Checking

Exhibit 9

Taxpayer ID No: XX-XXX1078
For Period Ending: 02/16/2018

Blanket Bond (per case limit): $20,264,373.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/05/16 | 4 | BANCO SANTANDER PO BOX 362589 SAN JUAN, PR  00936-2589 | Closed Bank Account funds from DIP account No 3004760807 | 1290-000 | $588,498.43 | | $588,498.43 |
| 10/14/16 | 4 | BANCO SANTANDER BANKRUPTCY DIVISION PO BOX 362589 SAN JUAN, PR  00936-2589 | Closed Bank Account closed DIP account | 1290-000 | $14,879.62 | | $603,378.05 |
| 12/13/16 | | Transfer to Acct # xxxxxx8035 | Transfer of Funds | 9999-000 | | $600,000.00 | $3,378.05 |
| 07/12/17 | | Transfer from Acct # xxxxxx8035 | Transfer of Funds | 9999-000 | $55,000.00 | | $58,378.05 |
| 07/18/17 | 101 | Universidad Interamericana de Puerto Rico, Inc. c/o Charles A. Cuprill, Esq. Charles A. Cuprill, P.S.C., Law Offices 356 Fortaleza Street, Second Floor San Juan, PR  00901 | Stipulation Dkt. No. 144 and Approved Dkt. No. 145. | 8500-002 | | $51,691.56 | $6,686.49 |
| 12/01/17 | | Transfer from Acct # xxxxxx8035 | Transfer of Funds | 9999-000 | $546,254.63 | | $552,941.12 |
| 12/01/17 | 102 | NOREEN WISCOVITCH-RENTAS PMB #136 400 Calle Calaf SAN JUAN, PR  00918 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $30,897.06 | $522,044.06 |
| 12/01/17 | 103 | NOREEN WISCOVITCH-RENTAS PMB #136 400 Calle Calaf SAN JUAN, PR  00918 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $72.19 | $521,971.87 |
| 12/01/17 | 104 | OFFICE OF THE U.S. TRUSTEE OCHOA BUILDING 500 STREET, SUITE 301 SAN JUAN, PR  00901-1922 | Final distribution to claim 14 representing a payment of 100.00 % per court order. | 2950-000 | | $1,300.00 | $520,671.87 |
| 12/01/17 | 105 | Vilarino & Assoc.,LLC Vilariño & Associates LLC PO BOX 9022515 SAN JUAN, PR 00902-2515 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $7,762.50 | $512,909.37 |

Page Subtotals:                    $1,204,632.68        $691,723.31

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-06955
Case Name: ACADEMIA SAGRADO CORAZON, INC.

Trustee Name: NOREEN WISCOVITCH-RENTAS
Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX9527
Checking
Blanket Bond (per case limit): $20,264,373.00
Separate Bond (if applicable):

Exhibit 9

Taxpayer ID No: XX-XXX1078
For Period Ending: 02/16/2018

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/17 | 106 | Vilarino & Assoc.,LLC<br>Vilariño & Associates LLC<br>PO BOX 9022515<br>SAN JUAN, PR 00902-2515 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $129.33 | $512,780.04 |
| 12/01/17 | 107 | TAMAREZ CPA, LLC<br>P.O. BOX 194136<br>SAN JUAN, PR 00919-4136 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $3,140.00 | $509,640.04 |
| 12/01/17 | 108 | TAMAREZ CPA, LLC<br>P.O. BOX 194136<br>SAN JUAN, PR 00919-4136 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $157.55 | $509,482.49 |
| 12/01/17 | 109 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 4300-000 | | $39,799.39 | $469,683.10 |
| 12/01/17 | 110 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Final distribution to claim 12 representing a payment of 100.00 % per court order. | 6810-000 | | $18,389.19 | $451,293.91 |
| 12/01/17 | 111 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $70,615.30 | $380,678.61 |
| 12/01/17 | 112 | STATE INSURANCE FUND CORP.<br>BANKRUPTCY DIVISIONN<br>P.O. BOX 365028<br>SAN JUAN, PR 00936-5028 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-000 | | $2,842.29 | $377,836.32 |
| 12/01/17 | 113 | DEPARTMENT OF TREASURY<br>BANKRUPTCY DEPARMENT<br>P.O. BOX 9024140<br>SECTION 424<br>SAN JUAN, PR 00902-4140 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 5800-000 | | $32,309.54 | $345,526.78 |
| 12/01/17 | 114 | Pioneer Funding Group, LLC<br>Greeley Square Station<br>P.O. Box 20188<br>New York, NY 10001 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $23,200.00 | $322,326.78 |
| 12/01/17 | 115 | OFFICE OF THE UNITED STATES TRUSTEE<br>OCHOA BUILDING<br>500 TANCA STREET, SUITE 301<br>SAN JUAN, PR 00901-1922 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $325.00 | $322,001.78 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $0.00 $190,907.59

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-06955

Case Name: ACADEMIA SAGRADO CORAZON, INC.

Taxpayer ID No: XX-XXX1078

For Period Ending: 02/16/2018

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX9527

Checking

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/17 | 116 | OFFICE OF THE UNITED STATES TRUSTEE OCHOA BUILDING 500 TANCA STREET, SUITE 301 SAN JUAN, PR 00901-1922 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 7100-000 | | $3,250.00 | $318,751.78 |
| 12/01/17 | 117 | AUTORIDAD ENERGIA ELECTRICA BANKRUPTCY DEPARTMENT P.O. BOX 364267 SAN JUAN, PR 00936-4267 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 7100-000 | | $118,772.32 | $199,979.46 |
| 12/01/17 | 118 | AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS BANKRUPTCY DEPARTMENT P.O. BOX 7066 SAN JUAN, PR 00916-7066 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 7100-000 | | $45,161.98 | $154,817.48 |
| 12/01/17 | 119 | BANCO POPULAR DE PUERTO RICO MIGDALIA GUASP, ESQ. SPECIAL LOANS DEPARTMENT P.O. BOX 362708 SAN JUAN, PR 00936-2708 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 7100-000 | | $64,161.97 | $90,655.51 |
| 12/01/17 | 120 | STATE INSURANCE FUND CORP. BANKRUPTCY DIVISIONN P.O. BOX 365028 SAN JUAN, PR 00936-5028 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 7100-000 | | $10,611.77 | $80,043.74 |
| 12/01/17 | 121 | DEPARTMENT OF TREASURY BANKRUPTCY DEPARMENT P.O. BOX 9024140 SECTION 424 SAN JUAN, PR 00902-4140 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 7100-000 | | $7,717.32 | $72,326.42 |
| 12/01/17 | 122 | Pioneer Funding Group, LLC Greeley Square Station P.O. Box 20188 New York, NY 10001 | Final distribution to claim 13 representing a payment of 100.00 % per court order. | 7100-000 | | $45,598.47 | $26,727.95 |
| 12/01/17 | 123 | INTERNAL REVENUE SERVICE P.O. BOX 7317 PHILADELPHIA, PA 19101-7317 | Final distribution to claim 2 representing a payment of 38.04 % per court order. | 7300-000 | | $8,193.28 | $18,534.67 |

Page Subtotals: $0.00 $303,467.11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-06955

Case Name: ACADEMIA SAGRADO CORAZON, INC.

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX9527

Checking

Taxpayer ID No: XX-XXX1078

For Period Ending: 02/16/2018

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/17 | 124 | DEPARTMENT OF TREASURY BANKRUPTCY DEPARMENT P.O. BOX 9024140 SECTION 424 SAN JUAN, PR 00902-4140 | Final distribution to claim 9 representing a payment of 38.04 % per court order. | 7300-000 | | $18,534.67 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,204,632.68 | $1,204,632.68 |
| Less: Bank Transfers/CD's | $601,254.63 | $600,000.00 |
| Subtotal | $603,378.05 | $604,632.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $603,378.05 | $604,632.68 |

| Page Subtotals: | $0.00 | $18,534.67 |
|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-06955

Case Name: ACADEMIA SAGRADO CORAZON, INC.

Taxpayer ID No: XX-XXX1078

For Period Ending: 02/16/2018

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX8035

Interest Bearing

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/16 | | Transfer from Acct # xxxxxx9527 | Transfer of Funds | 9999-000 | $600,000.00 | | $600,000.00 |
| 01/31/17 | INT | BANCO SANTANDER | Interest Posting | 1270-000 | $61.64 | | $600,061.64 |
| 02/28/17 | INT | BANCO SANTANDER | Interest | 1270-000 | $115.08 | | $600,176.72 |
| 03/31/17 | INT | BANCO SANTANDER | Interest | 1270-000 | $115.10 | | $600,291.82 |
| 04/28/17 | INT | BANCO SANTANDER | Interest | 1270-000 | $12.34 | | $600,304.16 |
| 04/28/17 | INT | BANCO SANTANDER | Interest | 1270-000 | $115.12 | | $600,419.28 |
| 05/31/17 | INT | BANCO SANTANDER | Interest | 1270-000 | $135.71 | | $600,554.99 |
| 06/30/17 | INT | BANCO SANTANDER | Interest Posting | 1270-000 | $123.40 | | $600,678.39 |
| 07/12/17 | | Transfer to Acct # xxxxxx9527 | Transfer of Funds | 9999-000 | | $55,000.00 | $545,678.39 |
| 07/31/17 | INT | BANCO SANTANDER | Interest Posting | 1270-000 | $120.01 | | $545,798.40 |
| 08/31/17 | INT | BANCO SANTANDER | Bank Interest | 1270-000 | $115.89 | | $545,914.29 |
| 09/29/17 | INT | BANCO SANTANDER | Interest | 1270-000 | $108.44 | | $546,022.73 |
| 10/31/17 | INT | BANCO SANTANDER | Interest Posting | 1270-000 | $119.68 | | $546,142.41 |
| 11/30/17 | INT | BANCO SANTANDER | Interest | 1270-000 | $112.22 | | $546,254.63 |
| 12/01/17 | | Transfer to Acct # xxxxxx9527 | Transfer of Funds | 9999-000 | | $546,254.63 | $0.00 |

|  | COLUMN TOTALS | $601,254.63 | $601,254.63 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $600,000.00 | $601,254.63 |
|  | Subtotal | $1,254.63 | $0.00 |
|  | Page Subtotals: | $601,254.63 | $601,254.63 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,254.63 | $0.00 |

Page Subtotals:                    $0.00            $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8035 - Interest Bearing | $1,254.63 | $0.00 | $0.00 |
| XXXXXX9527 - Checking | $603,378.05 | $604,632.68 | $0.00 |
| | $604,632.68 | $604,632.68 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $604,632.68 |
| Total Gross Receipts: | $604,632.68 |

Page Subtotals:                                                    $0.00          $0.00